269 So.2d 183

**In re Ronald CONGO**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 122.**

Supreme Court of Alabama.

Oct. 12, 1972.

Rehearing Denied Nov. 30, 1972.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for the State.

No brief for respondent.

SOMERVILLE, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Congo v. State, 269 So.2d 182.

Writ denied.

·HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.